UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM GLENN WILEY ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:13-1345 |
| ] | Judge Sharp |
| ERIC QUALLS ] | |
|     Respondent. ] | |

**O R D E R**

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in petitioner's habeas corpus petition (Docket Entry No.1). Therefore, the habeas corpus petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability. 28 U.S.C. § 2253(c). Because reasonable jurists could differ as to this Court's treatment of petitioner's Brady claims, a certificate of appealability shall issue for those specific claims only.

It is so ORDERED.

                                                                                     _____
                                                                                    Kevin H. Sharp
                                                                                    United States District Judge